December 22, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

SAN SEBASTIAN REALTY CO., INC., Appellant

NO. 14-14-00819-CV                              V.

ROEL HUERTA AND ROSA M. HUERTA, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Roel Huerta and Rosa M. Huerta, signed January 6, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, San Sebastian Realty Co., Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.